UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

PLUMBERS & STEAMFITTERS LOCAL 400
HEALTH FUND, PLUMBERS &
STEAMFITTERS LOCAL 400 EDUCATION
FUND, PLUMBERS & STEAMFITTERS 298
JURISDICTION PENSION PLAN,
PLUMBERS, STEAMFITTERS &
APPRENTICES LOCAL 206 PENSION
PLAN, MONEY PURCHASE PENSION
PLAN OF LOCAL 400 AND MECHANICAL
CONTRACTORS ASSOCIATION OF NORTH
CENTRAL WISCONSIN, and PLUMBERS &
STEAMFITTERS LOCAL 400 APPRENTICE
FUND,

                Plaintiffs,

    vs.                                         Case No. 11-cv-554

SCHNEIDER & SCHNEIDER
MECHANICAL, INC.,

                Defendant.
_____

ORDER FOR JUDGMENT
_____

A motion for default judgment with supporting pleadings having being brought by the plaintiffs in the above-captioned action were submitted to the court and filed with the Clerk.

The court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.    Defendant Schneider & Schneider Mechanical, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil

Procedure and controlling case law in the Seventh Circuit.

2. Defendant Schneider & Schneider Mechanical, Inc. violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Funds on a timely basis.

3. The court assesses damages, consisting of interest, liquidated damages, attorney fees and costs, to the plaintiffs in the sum of $53,118.83.

**IT IS HEREBY ORDERED**:

That the Clerk of Court is directed to enter partial judgment in favor of plaintiffs Plumbers & Steamfitters Local 400 Health Fund, Plumbers & Steamfitters Local 400 Education Fund, Plumbers & Steamfitters 298 Jurisdiction Pension Plan, Plumbers, Steamfitters & Apprentices Local 206 Pension Plan, Money Purchase Pension Plan of Local 400 and Mechanical Contractors Association of North Central Wisconsin, and Plumbers & Steamfitters Local 400 Apprentice Fund, and against defendant Schneider & Schneider Mechanical, Inc. in the amount of $53,118.83.

Dated this 24th day of August 2011.

s/_____
Lynn Adelman
U.S. DISTRICT JUDGE